**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| DAVID THOMAS HARRISON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | **1:23-CV-13 (LAG)** |
| | : | |
| Warden TRACY JEFFERSON, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

On September 20, 2023, the Court ordered Defendants Chambers and Scott to show cause as to why they should not have to reimburse the United States Marshals Service for the costs of effecting personal service pursuant to Rule 4 of the Federal Rules of Civil Procedure. (Doc. 30). Defendants have responded to the Order to Show Cause and do not oppose paying the costs of personal service. (Doc. 31).

Accordingly, Defendant Chambers is **ORDERED and DIRECTED** to reimburse the United States Marshals Service the total sum of **$223.82**. Defendant Scott is **ORDERED and DIRECTED** to reimburse the United States Marshals Service the total sum of **$79.41**.

Defendants shall comply with this Order, and shall file a certification with the Court that such payment has been made, **WITHIN THIRTY (30) DAYS** of the date of this Order.

**SO ORDERED and DIRECTED**, this 5th day of October, 2023.

s/ ***THOMAS Q. LANGSTAFF***
UNITED STATES MAGISTRATE JUDGE